Daniel Cooper (SBN 153576)
daniel@sycamore.law
Jesse C. Swanhuyser (SBN 282186)
jesse@sycamore.law
SYCAMORE LAW, INC.
1004 O'Reilly Avenue, Ste. 100
San Francisco, CA 94129
Tel: (415) 360-2962

Nicole C. Sasaki (SBN 298736)
Nicole@baykeeper.org
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 735-9700

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a public benefit non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL PLATING, INC., a California corporation,<br><br>Defendant. | Case No. 3:21-cv-05412-SK<br><br>**JOINT NOTICE THAT 45-DAY FEDERAL AGENCY REVIEW PERIOD ENDS MARCH 21, 2022;**<br><br>**REQUEST TO TAKE MARCH 7, 2022 CMC OFF CALENDAR; AND**<br><br>**[PROPOSED] ORDER**<br><br><br>40 C.F.R. § 135.5(b)(2) |

On February 2, 2022, Plaintiff San Francisco Baykeeper ("Baykeeper") filed a *Notice of Settlement; Notice of 45-Day Federal Agency Review Period* ("Notice of Settlement"). Dkt. No. 37. In the Notice of Settlement, Baykeeper informed this Court that: (a) it had sent the [Proposed] Consent Decree to the U.S. Department of Justice and the U.S. Environmental Protection Agency ("Federal

Agencies"); and (b) pursuant to 40 C.F.R. § 135.5 and 33 U.S.C. § 1365(c), this Court may not enter the [Proposed] Consent Decree until the Federal Agencies had concluded a 45-day review period of the proposed settlement.

On February 3, 2022, the U.S. Department of Justice informed Baykeeper and counsel for Defendant Global Plating, Inc. via email that the Federal Agencies received the [Proposed] Consent Decree on February 2, 2022. The Federal Agencies have calculated that the 45-day review period ends on March 21, 2022.

In light of the settlement and the 45-day review period, the Parties respectfully request that the Court vacate from its calendar the March 7, 2022 Case Management Conference and associated deadlines, stay discovery, and issue an order that Plaintiff has until March 25, 2022 to file a request to enter the [Proposed] Consent Decree.

WHEREFORE, the Parties respectfully request the Court approve and enter the [Proposed] Order below.

DATED:  February 4, 2022			SYCAMORE LAW, INC.

					by:	/s/ Jesse C. Swanhuyser
						Jesse C. Swanhuyser
						Attorney for Plaintiff


DATED:  February 4, 2022			THE ARNOLD LAW PRACTICE

					by:	/s/ James R. Arnold
						James R. Arnold
						Attorneys for Defendant

I attest that concurrence in the filing of this document has been obtained from James R. Arnold, counsel for Defendant.

DATED:  February 4, 2022			SYCAMORE LAW, INC.

					by:	/s/ Jesse C. Swanhuyser
						Jesse C. Swanhuyser
						Attorney for Plaintiff