UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>GLOBAL PLATING, INC.,<br><br>　　　　　　Defendant. | Case No. 21-cv-05412-SK<br><br>**ORDER GRANTING STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 38 |

On February 2, 2022, the parties informed the Court that they have reached a settlement of this case, subject to review of the proposed consent decree by the United States Department of Justice and the United States Environmental Protection Agency ("Federal Agencies"). (Dkt. 37.) On February 4, 2022, the parties informed the Court that the Federal Agencies received the proposed consent decree on February 2, 2022, and therefore calculated the required 45-day review period to end on March 21, 2022. (Dkt. 38.) The parties accordingly request that the Court vacate the case management conference set for March 7, 2022, stay all discovery deadlines, and set March 25, 2022, as the deadline for Plaintiff to file a request for the Court to enter the proposed consent decree. Good cause appearing, the Court HEREBY GRANTS the stipulation of the parties, VACATES the case management conference set for March 7, 2022, STAYS all discovery deadlines, and ORDERS that Plaintiff shall either file a request to enter the proposed consent decree or a status report no later than March 25, 2022.

**IT IS SO ORDERED**.

Dated: February 9, 2022

_____
SALLIE KIM
United States Magistrate Judge